No. 3180. CURBELLO, APPELLEE, v. RODRÍGUEZ, APPELLANT.—District Court of Humacao. Decided December 18, 1923. It appearing from a certificate of the clerk of the district

court that the judgment was rendered May 7, 1923, and the appeal was taken on the 12th of the same month; that the appellant was granted several extensions of time for filing the statement of the case; that no bill of exceptions or statement of the case has been filed, and the transcript has not been filed in this court, the motion was sustained and the appeal dismissed.